IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSICA MARTIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-4754

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 5, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Jessica Martin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the August 28, 2014, order denying defendant's motion for postconviction relief in Duval County Circuit Court case number 16-2009-CF-012106-AXXX-MA. Upon issuance of mandate in this cause, a

copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.